1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10 | ARCHIE CRANFORD,                              Case No. 1:14-cv-00749 DLB

11 |                   Plaintiff,                  ORDER GRANTING MOTION TO
       |                                           PROCEED IN FORMA PAUPERIS
12 |       v.
       |                                           (Document 4)
13 | STATE OF CALIFORNIA, et al.,

14 |                   Defendants.
    | _____/

15

16       Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil rights action

17 pursuant to 42 U.S.C. § 1983 on May 19, 2014.  Plaintiff seeks leave to proceed in forma pauperis.

18 Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY

19 GRANTED, Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will

20 be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

21

IT IS SO ORDERED.

22

23    Dated:    **June 12, 2014**                          /s/ *Dennis L. Beck*

24                                                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28