# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:14-cv-00749 DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT AS MOOT |
| v. | |
| STATE OF CALIFORNIA, et al., | (Document 9) |
| Defendants. | |

Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action on May 19, 2014.

On November 9, 2014, the Court dismissed the complaint with leave to amend. Plaintiff was given thirty (30) days within which to file an amended complaint.

On November 19, 2014, Plaintiff filed a document captioned as a "motion to file an amended complaint." However, as Plaintiff has not yet filed an amended complaint pursuant to the November 9, 2014, order, he does not need leave of Court to file an amended complaint. Accordingly, his

///

///

///

///

1

motion to amend is DENIED AS MOOT.  The deadline established by the November 9, 2014, order remains in place.

IT IS SO ORDERED.

Dated:   **December 2, 2014**                             /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE