# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00749 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**THIRTY-DAY DEADLINE** |

　　　Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action on May 19, 2014.[1]

　　　On November 9, 2014, the Court dismissed the complaint with leave to amend. Plaintiff was given thirty (30) days within which to file an amended complaint. On November 19, 2014, Plaintiff filed a document captioned as a "motion to file an amended complaint." The Court denied the motion on December 2, 2014, explaining that Plaintiff did not need leave to amend as he had not yet filed an amended complaint. The Court informed Plaintiff that the deadline established by the November 9, 2014, order remained in place.

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 21, 2014.

1

1   More than thirty (30) days have passed and Plaintiff has not filed an amended complaint or
2   otherwise communicated with the Court.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE
3   why this action should not be dismissed for failure to follow a Court order and failure to prosecute.
4   <u>Plaintiff SHALL file a response to this order, or an amended complaint, within thirty (30)</u>
5   <u>days of the date of service</u>.  Failure to do so will result in dismissal of this action.

7   IT IS SO ORDERED.

8   Dated:   **December 30, 2014**                            /s/ *Dennis L. Beck*
9                                                                            UNITED STATES MAGISTRATE JUDGE