# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:14-cv-00749 DLB PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Document 11) |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff Archie Cranford ("Plaintiff"), a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action on May 19, 2014.[1]

On November 9, 2014, the Court dismissed the complaint with leave to amend. Plaintiff was given thirty (30) days within which to file an amended complaint. On November 19, 2014, Plaintiff filed a document captioned as a "motion to file an amended complaint." The Court denied the motion on December 2, 2014, explaining that Plaintiff did not need leave to amend as he had not yet filed an amended complaint. The Court informed Plaintiff that the deadline established by the November 9, 2014, order remained in place.

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on July 21, 2014.

1

1   On December 30, 2014, after the time for filing an amended complaint had passed, the Court
2  issued an order to show cause why the action should not be dismissed for failure to follow a Court
3  order and failure to prosecute.
4   On January 15, 2015, Plaintiff complied with the order by filing his amended complaint.
5   Accordingly, the order to show cause is DISCHARGED.  Plaintiff's amended complaint will
6  be screened in due course.

IT IS SO ORDERED.

   Dated:   **January 19, 2015**                    /s/ *Dennis L. Beck*
                                                             UNITED STATES MAGISTRATE JUDGE